UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GEORGINA NAVARRO, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SCHELL & KAMPETER, INC. (doing business as DIAMOND PET FOODS), a foreign corporation; DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC., a California limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | No. 2:22-cv-01164 WBS KJN<br><br><u>ORDER REMANDING CASE</u> |

----oo0oo----

Plaintiff has moved to remand this case, and defendant[1] has filed a statement of non-opposition. (Docket Nos. 10, 11.)

---

[1] While the complaint names both Schell & Kampter, Inc. dba Diamond Pet Foods, and Diamond Pet Food Processors of California, LLC, these entities are in fact one and the same after their merger in 2018. (<u>See</u> Notice of Removal at 3 (Docket No. 1).)

1

In light of defendant's non-opposition, the motion is GRANTED. This case is hereby remanded to the Superior Court of the State of California, in and for the County of San Joaquin.

        IT IS SO ORDERED.

Dated: August 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE